UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE, INC.,

                        Plaintiff,

        -against-

BRACH SUPER LLC,

                        Defendant.

Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Date:   Westbury, New York
        March 13, 2008

                        KREINCES & ROSENBERG, P.C.

                        By: _____
                        LEONARD KREINCES (LK/6524)
                        Attorneys for Plaintiff
                        900 Merchants Concourse, Suite 305
                        Westbury, New York 11590
                        (516) 227-6500

Z:\kreinces1\WORK\HUNTSPOINT\FIERMAN\Brach Super\Rule 7.frm