AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK |
| TITLE: | PROCESS SERVER |
| DATE: | 03/26/2008 05:44PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

BRACH SUPER LLC

Place where served:

6 LAWRENCE LANE   LAWRENCE NY 11559

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

YDLIK CHERISE

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 21-35   HEIGHT: 5'9"-6'0"   WEIGHT: 131-160 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will arrive soon

## STATEMENT OF SERVER

TRAVEL $ _____ . _____   SERVICES $ _____ . _____   TOTAL $ _____ . _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03/26/2008

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | LEONARD KREINCES, ESQ |
| PLAINTIFF: | FIERMAN PRODUCE EXCHANGE, INC |
| DEFENDANT: | BRACH SUPER LLC |
| VENUE: | NYDISTRICT |
| DOCKET: | 08 CV 2885 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.