UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
FIERMAN PRODUCE EXCHANGE INC.,

        - Plaintiffs,

    - against -

BRACH SUPER LLC

        - Defendant
-----------------------------------

08-CV-2885

NOTICE OF
APPEARANCE

(Document Electronically filed)

To the Clerk of this Court and all parties of record:

Notice is hereby given of the entry of the undersigned, duly admitted to practice in this Court, as lead counsel and attorney to be noticed for Defendant Brach Super LLC in the above-entitled action. Pursuant to F.R.C.P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Paul M. Sod
337R Central Avenue
Lawrence, New York 11559
T: (516) 295-0707
F: (516) 295-0722
paulmsod@gmail.com

Dated: Lawrence, New York
April 15, 2008

Paul M. Sod (PS-9170)
337R Central Avenue
Lawrence, New York 11559
T: (516) 295-0707
F: (516) 295-0722

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
FIERMAN PRODUCE EXCHANGE INC.,

                  - Plaintiffs,

    - against -

BRACH SUPER LLC,

                  - Defendant
-------------------------------------------------

08-CV-2885

AFFIRMATION OF SERVICE

(Document Electronically filed)

    I, the undersigned attorney at law, affirm under penalties of perjury that on this date, I served the undersigned's Notice of Appearance on the attorneys below listed by ECM and by fax:

TO:    Kreines & Rosenberg, P.C.
         Attorneys for Plaintiffs
         900 Merchants Concourse, Suite 305
         Westbury, NY 11590
         Fax (516) 227-6594

    and further served a copy of the within by facsimile on the defendant Brach Super LLC, at (516) 239-2703.

Affirmed to be true this
April 15, 2008

_____
PAUL M. SOD