UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
FIERMAN PRODUCE EXCHANGE INC.,

             - Plaintiffs,

    - against -

BRACH SUPER LLC

             - Defendant
------------------------------------------------------------

08-CV-2885

STATEMENT PURSUANT
TO RULE 7.1

(Document Electronically filed)

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the defendant sued herein as Brach Super LLC in the above-encaptioned matter certifies that the defendant does not have corporate parents, subsidiaries or affiliates that are publicly held.  To the Clerk of this Court and all parties of record:

Dated: Lawrence, New York
        April 29, 2008

                                                 ___*s/ Paul M. Sod*_____
                                                 Paul M. Sod (PS-9170)
                                                 337R Central Avenue
                                                 Lawrence, New York 11559
                                                 T: (516) 295-0707
                                                 F: (516) 295-0722